# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WENDY RIVERA, | JUDGMENT IN A CIVIL CASE |
| v. | |
| ROBERT GATES, et al. | CASE NUMBER:  C09-5355RJB |

☐   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT that the claims against Darwin Armajo and Jane Doe Armajo are **DISMISSED WITHOUT PREJUDICE**.  Plaintiff's motion to set aside or vacate the court's May 14, 2010 order granting the Federal defendants' motion for summary judgment (Dkt. 27) is **DENIED**.  This case is **DISMISSED**.

| | |
|---|---|
| June 4, 2010 | BRUCE RIFKIN |
| | Clerk |
| | |
| | /s/ Dara L. Kaleel |
| | By Dara L. Kaleel, Deputy Clerk |